CHARLES F. MULLER et al., as Executors of and Trustees under the Will of THOMAS W. EVANS, Deceased, Respondents, *v.* THE CITY OF PHILADELPHIA et al., Defendants.

THE THOMAS W. EVANS MUSEUM AND INSTITUTE SOCIETY et al., Respondents, and CHARLES H. ENOS, JR., as Ancillary Executor of JULIETTE C. HENDERSON, Deceased, Appellant.

*Muller* v. *City of Philadelphia*, 153 App. Div. 898, affirmed.
(Argued April 16, 1913; decided May 6, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1912, which affirmed an order of Special Term granting a motion to modify a judgment theretofore entered so as to permit the executors of Thomas W. Evans, deceased, to pay certain moneys into court with interest at two and one-half per cent from April 1, 1912, and releasing them and the defendant Thomas W. Evans Museum and Institute Society upon such payment being made from further liability to parties claiming under Juliette C. Henderson, deceased.

*J. Noble Hayes* for appellant.

*Lewis H. Tooker* and *Wolcott G. Lane* for plaintiffs, respondents.

*Charles H. Tuttle* for defendants, respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.